from the Circuit Court of the United States for the Northern District of Alabama. Alex. T. London, for appellant. John F. Martin, for appellee. Questions certified to supreme court June 16, 1897. 28 C. C. A. 683, 84 Fed. 1018. The mandate (18 Sup. Ct. 240) in answer to questions was filed here on February 5, 1898, and the appeal was dismissed, on motion of appellant.

---

THE JANE GRAY. (Circuit Court of Appeals, Ninth Circuit. February 28, 1899.) No. 522. Appeal from the District Court of the United States for the Northern District of California. Marshall B. Woodworth, Asst. U. S. Atty. Dismissed on motion of Marshall B. Woodworth, Asst. U. S. Atty., under subdivision 1 of sixteenth rule.

---

JOHNS HOPKINS UNIVERSITY v. BALTIMORE & O. R. CO. et al. (Circuit Court of Appeals, Fourth Circuit. December 1, 1898.) No. 252. Appeal from the Circuit Court of the United States for the District of Maryland. Bernard Carter, Arthur Geo. Brown, John J. Donaldson, and Geo. Gray, for appellant. John G. Johnson, William A. Fisher, and E. J. D. Cross, for appellees. Appeal dismissed, by agreement of counsel.

---

JOHNSON et al. v. FOLEY. (Circuit Court of Appeals, Eighth Circuit. February 13, 1899.) No. 1,170. W. S. Morris and Tyson S. Dines, for plaintiffs in error. George A. Smith, for defendant in error. Dismissed, with costs, pursuant to stipulation of the parties.

---

LOBDELL, FARWELL & CO. v. LEAHY. (Circuit Court of Appeals, Sixth Circuit. March 31, 1899.) No. 667. In Error to the Circuit Court of the United States for the Western District of Michigan. Smiley, Smith & Stevens and Thomas C. Clark, for plaintiff in error. Smith, Nyms, Hoyt & Erwin and James E. Munroe, for defendant in error. No opinion. Affirmed, with costs.

---

LOUISVILLE PUBLIC WAREHOUSE CO. v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 27, 1899.) No. 655. Appeal from the Circuit Court of the United States for the District of Kentucky. Helm, Bruce & Helm, for appellant. R. D. Hill, U. S. Atty. No opinion. Affirmed, with costs.

---

LOUISVILLE & N. R. CO. v. DUDLEY. (Circuit Court of Appeals, Sixth Circuit. March 31, 1899.) No. 705. In Error to the Circuit Court of the United States for the Middle District of Tennessee. Smith & Maddin, for plaintiff in error. Steger, Washington & Jackson and John Carruthers, for defendant in error. Dismissed, for failure to print record, pursuant to twenty-third rule.

---

MARTIN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. February 6, 1899.) No. 1,168. In Error to the United States Court of Appeals in the Indian Territory. C. B. Stuart, Yancey Lewis, W. T. Hutchings, Preston C. West, J. H. Gordon, and S. M. Rutherford, for plaintiff in error. Pliny L. Soper, for defendant in error. Dismissed, without costs to either party, per stipulation of counsel.